UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL EUGENE SHOTWELL,<br>    Plaintiff,<br>    v.<br>E. MENDINA, et al.,<br>    Defendants. | Case No. 17-cv-03629-WHA (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on August 15, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Manuel Eugene Shotwell, Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Jennifer J. Nygaard.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 8/20/2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MANUEL EUGENE SHOTWELL,

    Plaintiff,

v.

E. MENDINA, et al.,

    Defendants.

Case No. 17-cv-03629-WHA (RMI)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Eugene Shotwell ID: T-57486
CMC East Facility CQ-5160
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: August 20, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By:
    Gloria Knudson, Deputy Clerk to the
    Honorable ROBERT M. ILLMAN

3